1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

9
10
11
12
13
14

STEVEN D. BELL,                            )
                                           )
              Petitioner,                  )        No. C 08-3269 TEH (PR)
                                           )
        vs.                                )        ORDER OF TRANSFER
                                           )
J. D. HARTLEY, Warden,                     )
                                           )
              Respondent.                  )
_____            )

15
16
17
18
19
20

        On July 7, 2008, Petitioner, a state prisoner incarcerated at Avenal State in Avenal, California, filed a pro se petition for a writ of habeas corpus under 28 U.S.C. § 2254 challenging the California Board of Prison Terms' ("BPT") decision to deny him parole.  Petitioner has paid the filing fee.  Avenal State Prison is located within Fresno County, which lies within the Eastern District of California.  See id. § 84(b).

21
22
23
24
25
26
27
28

        Venue is proper in a habeas action in either the district of conviction or the district of confinement, id. § 2241(d).  However, the district of confinement is the preferable forum to review the execution of a sentence, including parole.  See Habeas L.R. 2254-3(a); Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989); cf. Laue v. Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968) (district of conviction preferable forum to review conviction).  Because the County of Fresno lies in the Eastern District of California, the Court orders that pursuant to 28 U.S.C. § 1404(a) and Habeas Local Rule 2254-3(b), and in the interest of justice, this petition be transferred to the United States

District Court for the Eastern District of California.  The Clerk shall transfer this matter forthwith.

SO ORDERED.

DATED:  07/23/08

THELTON E. HENDERSON
United States District Judge

2