IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

STEVEN DALE BELL,

    Petitioner,

    v

JAMES D HARTLEY,

    Respondent.
_____/

No 1-08-cv-01090 VRW

ORDER DENYING MOTION FOR RECONSIDERATION AND GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS

    The court has denied the petition for a writ of habeas, corpus in the above-captioned matter and has issued judgment in favor of respondent.  Doc #19, 20.  Petitioner Steven Dale Bell, a state prisoner proceeding pro se, moved for reconsideration (Doc #21) and, shortly thereafter, filed a notice of appeal.  Doc #22. Because he did not pay the filing fee, the clerk of the court invoiced petitioner for the $455 fee to bring an appeal.  Doc #23-2.  Petitioner then filed with the court two similar form applications to proceed in forma pauperis by a prisoner.  Doc #25, 26.  This is the form used in conjunction with an initial filing at the district court level, not the Form 4 used in connection with an application under FRAP Rule 24 at the court of appeals level.
\\

In lieu of requiring petitioner to complete Form 4, however, the court deems petitioner's submission equivalent as a statement of indigency to Form 4.  The other requirements of FRAP Rule 24 (statement of issues on appeal, statement of entitlement to redress) are not met, and petitioner's submissions to the court of appeals should include these items.  The motion to proceed in forma pauperis on appeal is GRANTED as to petitioner's financial eligibility only.

Petitioner's motion for reconsideration (Doc #21), which is subject to Civil Local Rule 78-230(k), re-argues the issues in the petition with ample citation to various state law authorities already considered by the court and incorrectly asserts that the court "overlooked" two of the issues raised in the petition.  The fifteen-page memorandum reargues nearly all the issues previously adjudicated in these proceedings.  Two examples illustrate this point: "Bell asks this Court to reconsider its finding here in light of the cited California authorities and to find that his crime was <u>not</u> exceptionally egregious under the regulations * * *" (Doc #21 at 7); "Bell asks this Court to reconsider its finding here in light of the above and to find that his crime was <u>not</u> exceptionally egregious under the regulations and that, egregious or not, his crime does <u>not</u> indicate current dangerousness."  Id at 9.  There being no good cause for reconsideration, the request for leave to file, and the motion for reconsideration, are DENIED.

\\
\\
\\
\\

For the reasons stated herein, the motion at Doc #21 is DENIED and the motions at Doc ##25 & 26 are GRANTED.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge