

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

STEVEN DALE BELL,

    Petitioner,

    v

JAMES D HARTLEY,

    Respondent.

No   1-08-cv-01090 VRW

ORDER DENYING CERTIFICATE OF APPEALABILITY

       Petitioner Steven Dale Bell, a state prisoner proceeding pro se, has filed a notice of appeal from the order denying his petition for writ of habeas corpus that challenged a parole denial decision. Doc #22. Under the recent decision of Hayward v Marshall, 603 F3d 546, 554 (9th Cir 2010) (en banc), petitioner must obtain a certificate of appealability to appeal such a decision. The Ninth Circuit has remanded this case for the limited purpose of granting or denying a certificate of appealability. Doc #28. Petitioner has also filed an application for a certificate of appealability. Doc #29.

       For the reasons set forth in the court's order denying the petition, petitioner has not made "a substantial showing of the denial of a constitutional right." 28 USC § 2253(c)(2). This is

not a case in which "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." Slack v McDaniel, 529 US 473, 484 (2000). Accordingly, and good cause appearing therefor, the court denies petitioner's application for issuance of a certificate of appealability.

     IT IS SO ORDERED.

                                      VAUGHN R WALKER
                                      United States District Chief Judge